UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Jennifer K. Yetzer,

Plaintiff,

v.

Irmiter Contractors and Builders, Ltd.,
Thomas J. Irmiter,

Defendant.

Court File No. 00-1907 (JMR/SRN)

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and Defendant, through their respective undersigned attorneys, that the above-entitled action may be and is hereby dismissed without prejudice and without costs to either party. The Court may enter judgment herein dismissing the above action against Defendant without prejudice and without notice to the parties or their attorneys.

DATED: 9-4-01

NICHOLS KASTER & ANDERSON

Paul J. Lukas #22084X
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone (612) 338-1919

ATTORNEYS FOR PLAINTIFF

DATED: 9-5-01

FREDRICKSON & BYRON, P.A.

Mr. David Bunde, #138344
Ms. Catherine M. Powell, #296430
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402
Telephone (612) 347-7000

FILED
RICHARD D. SLETTEN, CLERK
OCT 15 2001
JUDGEMENT ENTERED OCT 15 2001
DEPUTY CLERK'S INITIALS ______

**ORDER**

Based upon the stipulation of the parties of record, herein, through respective counsel, this action shall be and hereby is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 11, 2001

James M. Rosenbaum
United States District Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500